# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

NATASHA GREGORY,

    Plaintiff,

v.

Case No. 5:22-cv-400-JA-PRL

WAL-MART ASSOCIATES, INC.,

    Defendant.

## ORDER

In light of the Joint Stipulation for Dismissal with Prejudice (Doc. 19), the Clerk is directed to close this case.

**DONE** and **ORDERED** on March 20, 2023.

                JOHN ANTOON II
                United States District Judge

Copies furnished to:
Counsel of Record